**2**
Christian J. Younger, Bar No.: 222983
James D Pitner, Bar No.:258339
**FRIEND YOUNGER, PC**
1100 14th Street, Suite A
Modesto, CA 95354
(209) 238-0946 Telephone
(209) 238-0952 Fax

Attorneys for Debtor (s)

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA -MODESTO DIVISION

| | |
|---|---|
| In re: | Case No: 14-90686 |
| | Dc No.: |
| Noble Edward Barlow, | |
| Nanette Leann Barlow, | Chapter 13 |
| | |
| | **ORDER CONFIRMING PLAN** |
| Debtor(s). | |

The Chapter 13 plan filed on <u>May 12, 2014</u> of the above named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, IT **IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

      1.     The debtor (s) shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

      2.     The debtor(s) shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

      3.     The debtor(s) shall appear in court whenever notified to do so by the court.

RECEIVED
July 11, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005264949

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount of $ 4,000.00 are approved, $ 1,400.00 which was paid prior to the filing of the petition. The balance of $ 2,600.00 provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

_____
Approved by the Chapter 13
Trustee as to form.

Dated: July 14, 2014

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court

_____
United States Bankruptcy Judge